STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

**FILED**

Jul 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSS KLINGER, <br><br> Defendant. | NO. 21-MJ-71085-MAG <br><br> UNITED STATES' MOTION TO UNSEAL AND [PROPOSED] ORDER |

The defendant appeared for an initial appearance on the complaint in the Central District of California on June 30, 2021.

The United States respectfully requests that the Court order that the entire case in the above-captioned matter be unsealed.

DATED: July 12, 2021
                                                      /s/ *Molly K. Priedeman*
                                                      MOLLY K. PRIEDEMAN
                                                      Assistant United States Attorney

**~~PROPOSED~~ ORDER**

Based on the foregoing request, the Court hereby ORDERS that the entire case in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: July 13, 2021

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

MOTION TO UNSEAL
NO. 21-MJ-71085-MAG

2