STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

**FILED**
Jul 13 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> ROSS KLINGER, <br>     Defendant. | NO. 21-MJ-71085-MAG <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS AND SETTING STATUS CONFERENCE |

    The defendant appeared for an initial appearance on the complaint in the above-captioned case in the Central District of California on June 30, 2021. The defendant was subsequently released.

    The government and counsel for the defendant respectfully request that a status conference be set in this case for July 19, 2021. The government and counsel for the defendant also respectfully request and stipulate that the following pretrial conditions be imposed: (1) the defendant shall be subject to home confinement; (2) the defendant shall be subject to electronic monitoring; (3) the defendant shall not contact any former or current federal inmates or their families; (4) the defendant shall not contact any current or former FCI Dublin correctional officers.

//

STIPULATION AND [PROPOSED] ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS
NO. 21-MJ-71085-MAG

1

Counsel for defense has discussed these conditions with the defendant and he understands and agrees to abide by the above-listed conditions.

IT IS STIPULATED.

DATED: July 13, 2021  /s/ Molly K. Priedeman
MOLLY K. PRIEDEMAN
Assistant United States Attorney

DATED: July 13, 2021  /s/ John Paul Reichmuth
JOHN PAUL REICHMUTH
Counsel for the Defendant

## ~~PROPOSED~~ ORDER *AS MODIFIED*

Based on the foregoing request, the Court sets a status conference for July 19, 2021, and imposes the following pre-trial conditions: (1) the defendant shall be subject to home confinement; (2) the defendant shall be subject to electronic monitoring; (3) the defendant shall not contact any former or current federal inmates or their families; (4) the defendant shall not contact any current or former FCI Dublin correctional officers. *These conditions shall be subject to review at the status conference.*

IT IS SO ORDERED.

DATED:___July 13, 2021_____  _____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS
NO. 21-MJ-71085-MAG

2